AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 ___ 8 6 1 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____3_____ COPIES OF AO FORM 85.

__12/13/05_____                    _____
(Date forms issued)                     (Signature of Party or their Representative)

                                        John Dillon
                                        (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action