UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELAINE L. CHAO, SECRETARY OF LABOR,   :
UNITED STATES DEPARTMENT OF LABOR,   :
                                :

            Plaintiff,   :
      v.   : Civ. Act. No. 05-861 (KAJ)
                                :

UPTIME COMPUTER SERVICES, INC., and   :
SCUDDER INVESTMENTS,   :
                                :

            Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel for Plaintiff moves the

admission *pro hac vice* of **MARK V. SWIRSKY** as counsel to represent the Secretary of Labor

in this matter.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney
                                    District of Delaware

                                    RUDOLPH CONTRERAS
                                    Assistant U.S. Attorney
                                    Chief, Civil Division
                                    The Nemours Building
                                    1007 North Orange Street, Suite 700
                                    Wilmington, Delaware 19899-2046
                                    (302) 573-6277 ext. 154
Dated: January 13, 2006                  Rudolph.Contreras@usdoj.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

                  _____
                  Honorable Kent A. Jordan
                  United States District Court Judge
                  District of Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: January 11, 2006

Signed: Mark V. Swirsky
        Mark V. Swirsky
        Attorney
        U.S. Department of Labor
        Office of the Solicitor
        The Curtis Center, Suite 630E
        170 S. Independence Mall West
        Philadelphia, PA 19106
        (215) 861-5146
        PA No. 22862

## CERTIFICATE OF SERVICE

I hereby certify that on this __13th__ day of January 2006, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF.  I also mailed copies by first class mail to:

Secretary of State, Division of Corporations
401 Federal Street
Dover, DE 19901

and

Scudder Investments
ADP Retirement Services
Attention: Scudder Flex Plans
11880 College Boulevard, Suite 200
Overland Park, KS 66210

Rudolph Contreras
Chief, Civil Division
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277, ext. 154