IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR,    :
UNITED STATES DEPARTMENT OF LABOR,    :
                                                              :
               Plaintiff,     :
     v.    : Civ. Act. No. 05-861 (KAJ)
                                            :
UPTIME COMPUTER SERVICES, INC., and    :
SCUDDER INVESTMENTS,    :
                                            :
              Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION TO ALLOW DEPARTMENT OF LABOR ATTORNEY
TO APPEAR WITHOUT LOCAL COUNSEL**

Pursuant to D. Del. L.R. 83.5, the United States respectfully moves this Court for an Order allowing Department of Labor Attorney, Mark V. Swirsky, to appear before this Court without local counsel. Additionally, the United States requests that Mr. Swirsky be provided with an electronic filing password so that he can remotely file pleadings with this Court. In support of this motion, the United States provides the following:

1. The Department of Justice and the Department of Labor entered into a Memorandum of Understanding, dated February 11, 1975, in which the Department of Labor has primary litigating responsibility for complaints filed by the United States under the Employee Retirement Income Security Act of 1974 ("ERISA"). The Department of Labor has designated Mark V. Swirsky as lead counsel for this matter. Mr. Swirsky has been admitted to practice before this Court *pro hac vice*.

2. Local Rule 83.5 of this Court requires that an attorney such as Mr. Swirsky, who has not been admitted to practice by the Supreme Court of Delaware, associate with a member of the

bar of this Court who maintains an office in the District of Delaware.  D. Del. L.R. 83.5.  ERISA is a highly specialized area of law for which the United States Attorney's Office for the District of Delaware has no expertise.  Accordingly, the United States Attorney's Office will not be able to provide much substantive assistance to Mr. Swirsky in this case.  Additionally, requiring that AUSAs review and sign pleadings drafted by the Department of Labor, and appear at hearings at which Mr. Swirsky will be the primary attorney, will amount to a duplication of effort.  Such a duplication of effort by government attorneys will result in an unnecessary expenditure of public funds for little or no public gain.  Of note, the District Courts in all of the jurisdictions surrounding this District allow government attorneys such as Mr. Swirsky to appear without association of local counsel.  See E.D.Pa. Local Rule 83.5(e), 83.5.2; Md. Local Rule 701(1)(b); N.J. Local Rule 101.1(f).[1]  Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of Local Rule 83.5.

    3. Department of Labor attorney Mark V. Swirsky has already been admitted to this Court *pro hac vice*.  As such, he has submitted to the disciplinary jurisdiction of this Court and has certified that he is generally familiar with this Court's Local Rules.

    4. Additionally, Mr. Swirsky is an able and competent attorney.  Mr. Swirsky is an experienced trial attorney in the Office of the Solicitor, Region III, United States Department of Labor.  He has prosecuted many cases arising under ERISA.  Mr. Swirsky joined the Department of Labor in 1978.  Over the years, Mr. Swirsky has been lead counsel in many federal court trials as well as hearings before administrative law judges.  He has taken and defended numerous

---

[1] The New Jersey Local Rule allows out-of-town government attorneys to appear, but requires service upon the local United States Attorney.  However, with the advent of electronic filing, the availability of local service is no longer relevant.

depositions. Mr. Swirsky is a graduate of the University of Chicago and the Antioch School of Law.

5. Counsel for plaintiff has communicated with counsel for Scudder Investments concerning the subject of this motion, and he stated that he has no objection. Uptime Computer Services, Inc. is an involuntarily dissolved, void corporation such that there is no one to contact with respect to this motion.

Accordingly, for the reasons set forth above, the United States respectfully requests that Department of Labor Attorney Mark V. Swirsky be allowed to appear before this Court without local counsel and that he be provided with an electronic filing password so that he can remotely file pleadings with this Court. A proposed order is attached hereto.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                        _____/S/_____
                                        Rudolph Contreras
                                        Assistant United States Attorney
                                        Chief, Civil Division
                                        1007 N. Orange Street, Suite 700
                                        (302) 573-6277 ext. 154
                                        Rudolph.Contreras@usdoj.gov

Date: January 24, 2006                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2006, I electronically filed the attached MOTION TO ALLOW DEPARTMENT OF LABOR ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL with the Clerk of the Court using CM/ECF. I have also mailed a copy of this motion to:

Jonathan Hyde
Scudder Investments
ADP Retirement Services
Attn: Scudder Flex Plans
11880 College Park Boulevard, Suite 200
Overland Park, KS 66210

Sheldon Winicour
Director and Counsel
Deutsche Asset Management
345 Park Avenue
New York, N.Y. 10154

Secretary of State
Division of Corporations
401 Federal Street
Dover, DE 19901


_____/S/_____
RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277 ext. 154

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR,     :
UNITED STATES DEPARTMENT OF LABOR,      :
                                        :
                    Plaintiff,          :
             v.                         : Civ. Act. No. 05-861 (KAJ)
                                        :
UPTIME COMPUTER SERVICES, INC., and     :
SCUDDER INVESTMENTS,                    :
                                        :
                                        :
                    Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

### **ORDER**

UPON CONSIDERATION of the United States' motion to allow Department of Labor Attorney Mark V. Swirsky to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is this ____ day of January, 2006 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Labor Attorney Mark V. Swirsky is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and it is,

FURTHER ORDERED that, for this matter only, the Clerk's Office provide Department of Labor Attorney Mark V. Swirsky with an Electronic Filing Log-In and Password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
Honorable Kent A. Jordan
United States District Judge