IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR, :
                                                                             :
           Plaintiff, :
          v. : Civ. Act. No. 05-861 (KAJ)
                                                                     :
UPTIME COMPUTER SERVICES, INC., and :
SCUDDER INVESTMENTS, :
                                                                             :
                                                                             :
          Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**REQUEST TO ENTER DEFAULT**

To the Clerk:

    Please enter the default of defendant Uptime Computer Services, Inc. for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.  As indicated by the docket in this action, a copy of the complaint and summons was served on defendant Uptime Computer Services, Inc., a void corporation, pursuant to Fed. R. Civ. P. 4(h)(1), by mailing it on December 23, 2005, to the Delaware Secretary of State pursuant to 8 Del. C. Ann. § 321(b).  D.I. 2.  An answer to that complaint or other responsive pleading was due on or about January 17, 2006.  Id.  As also indicated by the docket in this action, as of this date, defendant Uptime Computer Services, Inc., has not filed an answer or other such responsive pleading.  Accordingly, for the reasons set forth herein, the plaintiff respectfully requests that default judgment be entered by the Clerk in favor of the plaintiff and against

defendant Uptime Computer Services, Inc.

                                          Respectfully submitted,

                                          Howard M. Radzely
                                          Solicitor of Labor

                                          Catherine Oliver Murphy
                                          Regional Solicitor

                                          _____/S/_____
                                          Mark V. Swirsky
                                          Attorney

                                          U.S. DEPARTMENT OF LABOR

                                          Colm F. Connolly
                                          United States Attorney

                         By:        _____/S/_____
                                          Rudolph Contreras
                                          Assistant U.S. Attorney
                                          Chief, Civil Division
                                          1007 N. Orange St., Suite 700
                                          P.O. Box 2046
                                          Wilmington, DE 19899-2046
                                          (302) 573-6277, X 154

Date: January 31, 2006                    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of January, 2006, I electronically filed the attached Request to Enter Default with the Clerk of the Court using CM/ECF. I have also served this document via first class mail on the following:

Jonathan Hyde
Scudder Investments
ADP Retirement Services
Attn:  Scudder Flex Plans
11880 College Park Boulevard, Suite 200
Overland Park, KS 66210

Sheldon Winicour
Director and Counsel
Deutsche Asset Management
345 Park Avenue
New York, N.Y. 10154

Secretary of State
Division of Corporations
401 Federal Street
Dover, DE 19901

_____/S/_____
Rudolph Contreras
Assistant United States Attorney