**Deutsche Asset Management**
A Member of the Deutsche Bank Group

Deutsche Investment Management Americas, Inc.
345 Park Avenue, MS NYC20-1664
New York, NY 10154

Tel 212-250-2500
Fax 212-468-5010

www.deam-us.db.com

February 6, 2006

**BY OVERNIGHT DELIVERY**
United States District Court
 for the District of Delaware
Clerk's Office
844 North King Street
Lockbox 18
Wilmington, DE  19801

Dear Clerk of Courts:

    Re:    **Elaine L. Chao, Secretary of Labor, United States Department of Labor v. Uptime Computer Services, Inc., Civil Action No. 05-CV-861** KAJ

    I am Director and Counsel for Deutsche Asset Management, Inc. ("DIMA"). Scudder Investments ("Scudder") has been named as a defendant (but not served) in the above-referenced action solely because it is the alleged custodian of the assets in the Uptime Computer Services, Inc. SIMPLE 401(k) Plan (the "Plan"). With the consent of counsel for the Department of Labor, I am writing to (1) explain to the Court the legal status of Scudder and (2) advise the Court that the appropriate entities, as explained below, intend to abide by any Orders entered by the Court in this matter.

    Scudder is not a legal entity, but instead is a branding designation used in connection with various retirement plan services programs marketed by DIMA and for which ADP, Inc. ("ADP") provides joint ADP-DIMA clients with various retirement plan recordkeeping and related services. The shares owned by the Plan are held in the name of the Plan's individual trustee. Neither DIMA nor any of its affiliates holds the assets of the Plan in a custodial capacity.

    ADP also does not hold Plan assets. However, under its service agreement with Uptime Computer Services, Inc. ("Uptime"), the sponsor of the Plan, ADP is authorized to abide by any direction it receives from Uptime. Should this Court enter an Order that requires ADP to follow the directions of an independent fiduciary appointed by the Court to administer the Plan or serve as Plan trustee, ADP would abide by that Order. By way of example, such a direction might include instructions to forward a request to the mutual funds that serve as investment vehicles under the Plan to redeem the shares held by the

Deutsche Asset Management is the marketing name in the US for the asset management activities of Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities, Inc., Deutsche Asset Management Inc., Deutsche Asset Management Investment Services Ltd., Deutsche Investment Management (Americas) Inc. and Scudder Trust Company.

Plan and forward the proceeds to a newly appointed Plan trustee. DIMA/Scudder's and ADP's position in this matter has already been communicated to counsel for the Department of Labor on January 25, 2006.

Counsel for the Department of Labor has indicated to Andrew Stewart, Vice President (Retirement Services Division) and Division Counsel of ADP, and me that neither the Department of Labor nor the Department of Justice objects to Scudder seeking to communicate with the Court by this letter as an informal answer in lieu of a more formal Answer.

Sincerely,

*Sheldon Winicour*

Sheldon Winicour

Agreed to and Acknowledged:

ADP, Inc.:
Andrew Stewart
Vice President and Division
 Counsel, Retirement Services
Division

cc.   Mark V. Swirsky, Esq.
      United States Department of Labor
      Office of the Solicitor
      The Curtis Center, Suite 630E
      170 South Independence Mall West
      Philadelphia, PA 19106-3306

      Rudolph Conteras, Esq.
      Chief, Civil Division
      Assistant United States Attorney
      District of Delaware
      1007 N. Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, DE 19899-2046

Andrew Stewart, Esq.
Vice President and Division Counsel
Retirement Services Division
ADP, Inc.
71 Hanover Road
Florham Park, New Jersey 07932

Uptime Computer Services, Inc.
DBA/New MacVision
Attention: Jorge Von Veltar
6801 Richmond Highway
Alexandria Virginia 22306