IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR, )<br><br>Plaintiff, )<br><br>v. )<br><br>UPTIME COMPUTER SERVICES, INC., ) and SCUDDER INVESTMENTS, )<br><br>Defendants. ) | C.A. No. 05-861 (KAJ) |

### CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 13th day of February, 2006, it appearing from the docket entries that the above named defendant, Uptime Computer Services, Inc. was served a copy of the complaint and summons by mail on December 23, 2005. The docket entries also indicate that the defendant has not answered or otherwise moved with respect to the complaint, and the plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against defendant Uptime Computer Services, Inc.

_____
DEPUTY CLERK

Wilmington, Delaware