### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR,  :
UNITED STATES DEPARTMENT OF LABOR,
                                                      :   CIVIL ACTION
             Plaintiff,
     v.                                       :   No. 05-861 (KAJ)

UPTIME COMPUTER SERVICES, INC. and  :
SCUDDER INVESTMENTS,
                                                      :
             Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **MOTION FOR DEFAULT JUDGMENT**

Plaintiff hereby moves this Honorable Court to enter default judgment in favor of plaintiff against defendant Uptime Computer Services, Inc. on the grounds that default has been entered against said defendant for failure to file an Answer or otherwise defend against the Complaint of the plaintiff, as reflected in the files of this Court. A copy of plaintiff's Complaint is attached hereto as Exhibit A.

Further, two Declarations in Support of this Motion are attached as Exhibits B and C.

                                Respectfully submitted,

Post Office Address:

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U. S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5146
(215) 861-5162 (fax)

Catherine Oliver Murphy
Regional Solicitor

s/ Mark V. Swirsky
Mark V. Swirsky
Attorney
swirsky.mark@dol.gov

U.S. DEPARTMENT OF LABOR