## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2006, I electronically filed the attached Motion for Default Judgment and proposed Default Judgment with the Clerk of the Court using CM/ECF. I have also served this document via first class mail on the following:

>Sheldon Winicour
>Director and Counsel
>Deutsche Asset Management
>345 Park Avenue
>New York, N.Y. 10154
>
>Andrew Stewart
>ADP Retirement Services
>ADP, Inc.
>71 Hanover Road
>Florham Park, NJ 07932
>
>Secretary of State
>Division of Corporations
>401 Federal Street
>Dover, DE 19901

>>s/ Mark V. Swirsky
>>Mark V. Swirsky
>>Attorney