IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,<br><br>       Plaintiff,<br><br>v.<br><br>UPTIME COMPUTER SERVICES, INC., and SCUDDER INVESTMENTS,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-861 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Oral argument on plaintiff's motion of default judgment (D.I. 9) in the above-captioned action will be heard on March 15, 2006 beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware. Counsel shall present evidence on the relief sought in the motion. Counsel shall also attempt to serve this Order on the defendant Uptime Computer Services, Inc. or its representatives, and be prepared to discuss these efforts at the hearing.

_____
UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2006
Wilmington, Delaware